JEFFRY G. LOCKE
Chapter 7 Bankruptcy Trustee
530 Alameda Del Prado, #396
Novato, CA 94949
(415) 884-2264

Trustee in Bankruptcy



UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA Northern District of California

| In re: | Case No. 00-12226 AJ |
|---|---|
| MURPHY, JOHN BRYAN | Chapter 7 |
| Debtor(s) | **TRUSTEE'S REPORT OF FINAL ACCOUNT AND REQUEST FOR CLOSING AND DISCHARGE OF TRUSTEE** |

The undersigned trustee of the above-entitled estate hereby files this Trustee's Report of Distribution, and declares as follows:

1. That all assets and funds which have come under my control have been properly accounted for as provided for by law, and all funds have been disbursed in accordance with the direction of the Court.

2. An itemized statement of the trustee's receipts and disbursements, showing a zero balance of funds on hand is attached hereto as U.S.T. FORM II (Estate Cash Receipts and Disbursements Record).

I certify under penalty of perjury that the foregoing is true and correct. Therefore, pursuant to F.R.B.P. 5009, I request that this report be accepted, that the Court order the case closed, that I be discharged as trustee, and that my bond be canceled.

Date January 20, 2006

Jeffry G. Locke, #805

JEFFRY G. LOCKE, Bankruptcy Trustee

---

REVIEW BY UNITED STATES TRUSTEE

The United States Trustee has reviewed the foregoing Trustee's Report of Final Account and Request for Closing and Discharge of Trustee.

Acting United States Trustee
Sara L. Kistler
By

Dated: 3-2-06

Case: 00-12226   Doc# 76   Filed: 03/06/06   Entered: 03/06/06 13:37:33   Page 1 of 1