TRUSTEE REPORT
TO THE CLERK'S OFFICE

BANKRUPTCY CLOSING REPORT
(To be filed with United States Trustee Proposed
Final Distribution)

Cases pending in
UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA Northern District of California

CHAPTER 7

DEBTOR(s) NAME: **MURPHY, JOHN BRYAN**          CASE # 00-12226_AJ

GROSS CASH RECEIPTS: $1,112,938.07

FEES AND EXPENSES (From case inception):

| | |
|---|---|
| 25,000.00 | TRUSTEE COMPENSATION |
| 18,847.00 | FEE for ATTORNEY FOR TRUSTEE |
| 103,282.11 | OTHER PROFESSIONAL FEES (including fee for debtor(s)' attorney if paid from the estate) and ALL ADMINISTRATIVE EXPENSES including expenses incurred by trustee, trustee's attorney and all other professionals' expenses) |

DISTRIBUTIONS (From case inception):

| | |
|---|---|
| 854,583.88 | SECURED CREDITORS |
| 5,095.03 | PRIORITY CREDITORS |
| 49,106.23 | UNSECURED CREDITORS |
| 0.00 | EQUITY SECURITY HOLDERS |
| 57,023.82 | ALL OTHER DISTRIBUTIONS (including payments to debtor(s) either for exempt property or in the event of a surplus estate and unclaimed or deminimis dividends paid to the Court) |
| 1,112,938.07 | TOTAL |

DATE: January 20, 2006

FOR THE TRUSTEE
    Jeffry G. Locke,  #805
BY: _____

# Form 2
## Cash Receipts And Disbursements Record

Page: 1

| Case Number: | 00-12226 AJ | | Trustee: | JEFFRY G. LOCKE (007750) |
|---|---|---|---|---|
| Case Name: | MURPHY, JOHN BRYAN | | Bank Name: | National Bank of the Redwoods |
| | | | Account: | ******** - Checking Account |
| Taxpayer ID #: | 68-6198280 | | Blanket Bond: | $5,000,000.00 (per case limit) |
| Period Ending: | 01/20/06 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | T-Code | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | | | Receipts $ | Disbursements $ | Checking Account Balance |
| 01/02/01 | | First American Title Co | Net proceeds from sale of residence | | | 287,996.35 | | 287,996.35 |
| | {1} | | | 1,100,187.65 | 1110-000 | | | 287,996.35 |
| | | First American Title Co | Less liens | -693,945.30 | 4110-000 | | | 287,996.35 |
| | | John Murphy | Exemption | -50,000.00 | 8100-002 | | | 287,996.35 |
| | | Coldwell Bank/Hill & Co. | Less commissions | -66,000.00 | 3510-000 | | | 287,996.35 |
| | | FATCO | Less closing costs | -2,246.00 | 2500-000 | | | 287,996.35 |
| 01/05/01 | 1000 | Drew Leh | Clean Up at 120 Coronet Voided on 01/08/01 | | 2990-003 | | 450.00 | 287,546.35 |
| 01/08/01 | 1000 | Drew Leh | Clean Up at 120 Coronet Voided: check issued on 01/05/01 | | 2990-003 | | -450.00 | 287,996.35 |
| 01/08/01 | 1001 | Drew Leh | replaces check # 1000 which was issued for the wrong amount | | 2990-000 | | 250.00 | 287,746.35 |
| 01/31/01 | Int | NBR | Interest for 1/01 | | 1270-000 | 1,228.37 | | 288,974.72 |
| 02/28/01 | Int | NBR | Feb Int | | 1270-000 | 999.22 | | 289,973.94 |
| 03/13/01 | 1002 | Leslie Ungerman | Secured Deed Plus Interest | | 4110-000 | | 150,638.58 | 139,335.36 |
| 03/22/01 | {18} | Bradly Young | Proceeds from sale of 68 Mercedes | | 1110-000 | 4,500.00 | | 143,835.36 |
| 03/30/01 | Int | National Bank of the Redwoods | Interest Earned | | 1270-000 | 1,058.63 | | 144,893.99 |
| 04/11/01 | | Aurthur Levine & Co. | 01 blanket bond | | 2300-000 | | 67.38 | 144,826.61 |
| 04/30/01 | Int | NBR | Int for 4/01 | | 1270-000 | 381.46 | | 145,208.07 |
| 05/31/01 | Int | National Bank of the Redwoods | Interest Earned | | 1270-000 | 246.86 | | 145,454.93 |
| 06/29/01 | Int | National Bank of the Redwoods | Interest Earned | | 1270-000 | 173.45 | | 145,628.38 |
| 06/29/01 | 1003 | Leslie Ungermann | POD 4/26/01 | | 4110-000 | | 10,000.00 | 135,628.38 |
| 07/31/01 | Int | National Bank of the Redwoods | Interest Earned | | 1270-000 | 159.99 | | 135,788.37 |
| 08/31/01 | Int | National Bank of the Redwoods | Interest Earned | | 1270-000 | 144.23 | | 135,932.60 |

Subtotals : $296,888.56 $160,955.96

{} Asset reference(s)

Printed: 01/20/2006 10:42 AM V.8.02

Case: 00-12226    Doc# 76-1    Filed: 03/06/06    Entered: 03/06/06 13:37:33    Page 2 of 18

# Form 2
## Cash Receipts And Disbursements Record

| Case Number: | 00-12226 AJ | Trustee: | JEFFRY G. LOCKE (007750) |
|---|---|---|---|
| Case Name: | MURPHY, JOHN BRYAN | Bank Name: | National Bank of the Redwoods |
| | | Account: | ******* - Checking Account |
| Taxpayer ID #: | 68-6198280 | Blanket Bond: | $5,000,000.00  (per case limit) |
| Period Ending: | 01/20/06 | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 09/28/01 | Int | National Bank of the Redwoods | Interest Earned | 1270-000 | 104.31 | | 136,036.91 |
| 10/31/01 | Int | NBR | Interest | 1270-000 | 151.96 | | 136,188.87 |
| 11/01/01 | | Bank of America | Transfer to new acct at B of A | 9999-000 | | 136,188.87 | 0.00 |
| | | | ACCOUNT TOTALS | | 297,144.83 | 297,144.83 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 136,188.87 | |
| | | | Subtotal | | 297,144.83 | 160,955.96 | |
| | | | Less: Payments to Debtors | | | 50,000.00 | |
| | | | NET Receipts / Disbursements | | $297,144.83 | $110,955.96 | |

{} Asset reference(s)

Printed: 01/20/2006 10:42 AM    V.8.02

Case: 00-12226    Doc# 76-1    Filed: 03/06/06    Entered: 03/06/06 13:37:33    Page 3 of 18

# Form 2
## Cash Receipts And Disbursements Record

| Case Number: | 00-12226 AJ | Trustee: | JEFFRY G. LOCKE (007750) |
|---|---|---|---|
| Case Name: | MURPHY, JOHN BRYAN | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| | | Account: | ***_*****83-19 - Time Deposit Account |
| Taxpayer ID #: | 68-6198280 | Blanket Bond: | $5,000,000.00 (per case limit) |
| Period Ending: | 01/20/06 | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Time Deposit Account Balance |
| 05/10/02 | | FUNDING ACCOUNT: *******8365 | | 9999-000 | 110,000.00 | | 110,000.00 |
| 05/31/02 | Int | JPMORGAN CHASE BANK | Interest posting at 1.0200% | 1270-000 | 67.65 | | 110,067.65 |
| 06/10/02 | Int | JPMORGAN CHASE BANK | Interest posting at 1.0200% | 1270-000 | 27.68 | | 110,095.33 |
| 06/28/02 | Int | JPMORGAN CHASE BANK | Interest posting at 1.0200% | 1270-000 | 64.63 | | 110,159.96 |
| 07/10/02 | Int | JPMORGAN CHASE BANK | Interest posting at 1.0200% | 1270-000 | 27.71 | | 110,187.67 |
| 07/31/02 | Int | JPMORGAN CHASE BANK | Interest posting at 1.0200% | 1270-000 | 69.21 | | 110,256.88 |
| 08/09/02 | Int | JPMORGAN CHASE BANK | Interest posting at 1.0200% | 1270-000 | 24.65 | | 110,281.53 |
| 08/14/02 | | To Account #*********8365 | Transfer to MMA tied to Treasury rate. | 9999-000 | | 110,281.53 | 0.00 |
| | | | ACCOUNT TOTALS | | 110,281.53 | 110,281.53 | $0.00 |
| | | | Less: Bank Transfers | | 110,000.00 | 110,281.53 | |
| | | | Subtotal | | 281.53 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | NET Receipts / Disbursements | | $281.53 | $0.00 | |

{} Asset reference(s)

# Form 2
## Cash Receipts And Disbursements Record

Page: 4

**Case Number:** 00-12226 AJ
**Case Name:** MURPHY, JOHN BRYAN
**Taxpayer ID #:** 68-6198280
**Period Ending:** 01/20/06

**Trustee:** JEFFRY G. LOCKE (007750)
**Bank Name:** JPMORGAN CHASE BANK, N.A.
**Account:** ***-*****83-65 - Money Market Account
**Blanket Bond:** $5,000,000.00 (per case limit)
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 04/12/02 | | DEBTOR'S BANKRUPTCY ESTATE | TRANSFER OF FUNDS TO OPEN NEW BANK ACCOUNT WITH CHASE BRANCH 312 | 9999-000 | 115,046.16 | | 115,046.16 |
| 04/30/02 | Int | THE CHASE MANHATTAN BANK | Interest posting at 0.8500% | 1270-000 | 50.91 | | 115,097.07 |
| 05/10/02 | | ACCOUNT FUNDED: ********8319 | | 9999-000 | | 110,000.00 | 5,097.07 |
| 05/31/02 | Int | JPMORGAN CHASE BANK | Interest posting at 0.8000% | 1270-000 | 26.62 | | 5,123.69 |
| 06/10/02 | Int | JPMORGAN CHASE BANK | Interest Earned, FIT Withholdings from BOA. | 1270-000 | 36.29 | | 5,159.98 |
| 06/28/02 | Int | JPMORGAN CHASE BANK | Interest posting at 0.8000% | 1270-000 | 3.39 | | 5,163.37 |
| 07/09/02 | 1001 | Aurthur Levine & Co. | | 2300-000 | | 26.32 | 5,137.05 |
| 07/31/02 | Int | JPMORGAN CHASE BANK | Interest posting at 1.3000% | 1270-000 | 3.71 | | 5,140.76 |
| 08/14/02 | | From Account #********8319 | Transfer to MMA tied to Treasury rate. | 9999-000 | 110,281.53 | | 115,422.29 |
| 08/30/02 | Int | JPMORGAN CHASE BANK | Interest posting at 1.3000% | 1270-000 | 80.33 | | 115,502.62 |
| 09/30/02 | Int | JPMORGAN CHASE BANK | Interest posting at 1.2900% | 1270-000 | 122.59 | | 115,625.21 |
| 10/31/02 | Int | JPMORGAN CHASE BANK | Interest posting at 1.3000% | 1270-000 | 127.73 | | 115,752.94 |
| 11/29/02 | Int | JPMORGAN CHASE BANK | Interest posting at 0.8400% | 1270-000 | 88.70 | | 115,841.64 |
| 12/31/02 | Int | JPMORGAN CHASE BANK | Interest posting at 0.8400% | 1270-000 | 82.67 | | 115,924.31 |
| 01/21/03 | 1002 | INTERNATIONAL SURITIES, INC. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 01/21/2003 FOR CASE #00-12226, Bond # 016027952 | 2300-000 | | 104.56 | 115,819.75 |
| 01/31/03 | Int | JPMORGAN CHASE BANK | Interest posting at 0.8400% | 1270-000 | 82.72 | | 115,902.47 |
| 02/28/03 | Int | JPMORGAN CHASE BANK | Interest posting at 0.8400% | 1270-000 | 74.71 | | 115,977.18 |
| 03/31/03 | Int | JPMORGAN CHASE BANK | Interest posting at 0.8400% | 1270-000 | 82.77 | | 116,059.95 |
| 04/30/03 | Int | JPMORGAN CHASE BANK | Interest posting at 0.8400% | 1270-000 | 80.16 | | 116,140.11 |
| 05/30/03 | Int | JPMORGAN CHASE BANK | Interest posting at 0.8400% | 1270-000 | 82.89 | | 116,223.00 |
| 06/30/03 | Int | JPMORGAN CHASE BANK | Interest posting at 0.6400% | 1270-000 | 77.08 | | 116,300.08 |
| | | | Subtotals : | | $226,430.96 | $110,130.88 | |

{} Asset reference(s)

Printed: 01/20/2006 10:42 AM V.8.02

Case: 00-12226    Doc# 76-1    Filed: 03/06/06    Entered: 03/06/06 13:37:33    Page 5 of 18

# Form 2
## Cash Receipts And Disbursements Record

Page: 5

| Case Number: | 00-12226 AJ | | Trustee: | JEFFRY G. LOCKE (007750) |
|---|---|---|---|---|
| Case Name: | MURPHY, JOHN BRYAN | | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| | | | Account: | ***-*****83-65 - Money Market Account |
| Taxpayer ID #: | 68-6198280 | | Blanket Bond: | $5,000,000.00  (per case limit) |
| Period Ending: | 01/20/06 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Money Market Account Balance |
| 07/31/03 | Int | JPMORGAN CHASE BANK | Interest posting at 0.6400% | 1270-000 | 63.23 | | 116,363.31 |
| 08/29/03 | Int | JPMORGAN CHASE BANK | Interest posting at 0.5900% | 1270-000 | 58.32 | | 116,421.63 |
| 09/30/03 | Int | JPMORGAN CHASE BANK | Interest posting at 0.5900% | 1270-000 | 56.47 | | 116,478.10 |
| 10/31/03 | Int | JPMORGAN CHASE BANK | Interest posting at 0.4900% | 1270-000 | 54.55 | | 116,532.65 |
| 11/28/03 | Int | JPMORGAN CHASE BANK | Interest posting at 0.4900% | 1270-000 | 46.94 | | 116,579.59 |
| 12/31/03 | Int | JPMORGAN CHASE BANK | Interest posting at 0.4900% | 1270-000 | 48.53 | | 116,628.12 |
| 01/21/04 | 1003 | INTERNATIONAL SURETIES, INC. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 01/21/2004 FOR CASE #00-12226, Bond #016030864 | 2300-000 | | 118.50 | 116,509.62 |
| 01/30/04 | Int | JPMORGAN CHASE BANK | Interest posting at 0.4900% | 1270-000 | 48.41 | | 116,558.03 |
| 02/27/04 | Int | JPMORGAN CHASE BANK | Interest posting at 0.4900% | 1270-000 | 45.26 | | 116,603.29 |
| 03/31/04 | Int | JPMORGAN CHASE BANK | Interest posting at 0.4900% | 1270-000 | 48.40 | | 116,651.69 |
| 04/30/04 | Int | JPMORGAN CHASE BANK | Interest posting at 0.4900% | 1270-000 | 46.86 | | 116,698.55 |
| 05/28/04 | Int | JPMORGAN CHASE BANK | Interest posting at 0.4900% | 1270-000 | 48.44 | | 116,746.99 |
| 06/30/04 | Int | JPMORGAN CHASE BANK | Interest posting at 0.4900% | 1270-000 | 46.90 | | 116,793.89 |
| 07/30/04 | Int | JPMORGAN CHASE BANK | Interest posting at 0.4900% | 1270-000 | 48.48 | | 116,842.37 |
| 08/31/04 | Int | JPMORGAN CHASE BANK | Interest posting at 0.6900% | 1270-000 | 61.92 | | 116,904.29 |
| 09/30/04 | Int | JPMORGAN CHASE BANK | Interest posting at 0.6900% | 1270-000 | 66.14 | | 116,970.43 |
| 10/29/04 | Int | JPMORGAN CHASE BANK | Interest posting at 0.6900% | 1270-000 | 68.38 | | 117,038.81 |
| 11/30/04 | Int | JPMORGAN CHASE BANK | Interest posting at 0.6900% | 1270-000 | 66.21 | | 117,105.02 |
| 12/31/04 | Int | JPMORGAN CHASE BANK | Interest posting at 0.6900% | 1270-000 | 68.46 | | 117,173.48 |
| 01/27/05 | 1004 | INTERNATIONAL SURETIES, LTD | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 01/27/2005 FOR CASE #00-12226, Bond # 016030864 | 2300-000 | | 134.04 | 117,039.44 |
| 01/31/05 | Int | JPMORGAN CHASE BANK | Interest posting at 0.6900% | 1270-000 | 68.69 | | 117,108.13 |
| | | | | Subtotals : | $1,060.59 | $252.54 | |

{} Asset reference(s)

Printed: 01/20/2006 10:42 AM    V.8.02

Case: 00-12226    Doc# 76-1    Filed: 03/06/06    Entered: 03/06/06 13:37:33    Page 6 of 18

# Form 2
## Cash Receipts And Disbursements Record

Page: 6

| Case Number: | 00-12226 AJ | | Trustee: | JEFFRY G. LOCKE (007750) |
|---|---|---|---|---|
| Case Name: | MURPHY, JOHN BRYAN | | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| | | | Account: | ***-*****83-65 - Money Market Account |
| Taxpayer ID #: | 68-6198280 | | Blanket Bond: | $5,000,000.00 (per case limit) |
| Period Ending: | 01/20/06 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Money Market Account Balance |
| 02/28/05 | Int | JPMORGAN CHASE BANK | Interest posting at 0.6900% | 1270-000 | 62.00 | | 117,170.13 |
| 03/09/05 | 1005 | Franchise Tax Board | 2001 Form 541, 68-6198280 | 2820-000 | | 4.00 | 117,166.13 |
| 03/31/05 | Int | JPMORGAN CHASE BANK | Interest posting at 0.6900% | 1270-000 | 68.68 | | 117,234.81 |
| 04/12/05 | 1006 | John Murphy | Auto exemption | 8100-002 | | 1,900.00 | 115,334.81 |
| 04/29/05 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6900% | 1270-000 | 66.50 | | 115,401.31 |
| 05/31/05 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6900% | 1270-000 | 68.55 | | 115,469.86 |
| 06/30/05 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6900% | 1270-000 | 65.50 | | 115,535.36 |
| 07/29/05 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6900% | 1270-000 | 67.73 | | 115,603.09 |
| 08/08/05 | Int | JPMORGAN CHASE BANK, N.A. | Current Interest Rate is 0.4500% | 1270-000 | 15.30 | | 115,618.39 |
| 08/08/05 | | To Account #*******8366 | Close money market account into disbursement account. | 9999-000 | | 115,618.39 | 0.00 |

|  |  |  |
|---|---|---|
| ACCOUNT TOTALS | 227,905.81 | 227,905.81 | $0.00 |
| Less: Bank Transfers | 225,327.69 | 225,618.39 | |
| Subtotal | 2,578.12 | 2,287.42 | |
| Less: Payments to Debtors | | 1,900.00 | |
| NET Receipts / Disbursements | $2,578.12 | $387.42 | |

# Form 2
## Cash Receipts And Disbursements Record

**Case Number:** 00-12226 AJ
**Case Name:** MURPHY, JOHN BRYAN
**Taxpayer ID #:** 68-6198280
**Period Ending:** 01/20/06

**Trustee:** JEFFRY G. LOCKE (007750)
**Bank Name:** JPMORGAN CHASE BANK, N.A.
**Account:** ***-*****83-66 - Checking Account
**Blanket Bond:** $5,000,000.00 (per case limit)
**Separate Bond:** N/A

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 08/08/05 | | From Account #********8365 | Close money market account into disbursement account. | 9999-000 | 115,618.39 | | 115,618.39 |
| 08/08/05 | 101 | BACHECKI CROM & CO | Dividend paid 100.00% on $9,952.50, Accountant for Trustee Fees (Other Firm); Reference: | 3410-000 | | 9,952.50 | 105,665.89 |
| 08/08/05 | 102 | BACHECKI CROM & CO | Dividend paid 100.00% on $116.36, Accountant for Trustee Expenses (Other Firm); Reference: | 3420-000 | | 116.36 | 105,549.53 |
| 08/08/05 | 103 | Darrell K. Petersen | Dividend paid 100.00% on $1,956.00, Accountant for Trustee Fees (Other Firm); Reference: | 3410-000 | | 1,956.00 | 103,593.53 |
| 08/08/05 | 104 | Michael Fallon | Dividend paid 100.00% on $18,847.00, Attorney for Trustee Fees (Other Firm); Reference: | 3210-000 | | 18,847.00 | 84,746.53 |
| 08/08/05 | 105 | Michael Fallon | Dividend paid 100.00% on $184.98, Attorney for Trustee Expenses (Other Firm); Reference: | 3220-000 | | 184.98 | 84,561.55 |
| 08/08/05 | 106 | CLERK OF THE COURT | Dividend paid 100.00% on $150.00, Clerk of the Court Costs (includes adversary and other filing fees); Reference: AP, CAREY V SMITH | 2700-000 | | 150.00 | 84,411.55 |
| 08/08/05 | 107 | Department of the Treasury, IRS | FINAL DISTRIBUTION: Claim# 3P; Filed: $154,000.00; Reference: 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 | 5800-000 | | 4,815.00 | 79,596.55 |
| 08/08/05 | 108 | Franchise Tax Board | FINAL DISTRIBUTION: Claim# 15P; Filed: $280.03; Reference: 028567762MURP | 5800-000 | | 280.03 | 79,316.52 |
| 08/08/05 | 109 | Keith Nightengale | FINAL DISTRIBUTION: Claim# 1; Filed: $83,000.00; Reference: 1 | 7100-004 | | 5,099.25 | 74,217.27 |

Subtotals: $115,618.39 $41,401.12

{} Asset reference(s)

Printed: 01/20/2006 10:42 AM V.8.02

Case: 00-12226 Doc# 76-1 Filed: 03/06/06 Entered: 03/06/06 13:37:33 Page 8 of 18

# Form 2
## Cash Receipts And Disbursements Record

| Case Number: | 00-12226 AJ | Trustee: | JEFFRY G. LOCKE (007750) |
|---|---|---|---|
| Case Name: | MURPHY, JOHN BRYAN | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| | | Account: | ***_*****83-66 - Checking Account |
| Taxpayer ID #: | 68-6198280 | Blanket Bond: | $5,000,000.00 (per case limit) |
| Period Ending: | 01/20/06 | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 08/08/05 | 110 | Tracy Clore | Stopped on 01/12/06 FINAL DISTRIBUTION: Claim# 4; Filed: $43,000.00; Reference: | 7100-000 | | 2,641.78 | 71,575.49 |
| 08/08/05 | 111 | Eric Sedlar | FINAL DISTRIBUTION: Claim# 5; Filed: $107,000.00; Reference: 5 | 7100-000 | | 6,573.73 | 65,001.76 |
| 08/08/05 | 112 | Sam Michaels | FINAL DISTRIBUTION: Claim# 6; Filed: $54,500.00; Reference: 6 | 7100-000 | | 3,348.30 | 61,653.46 |
| 08/08/05 | 113 | Yumi Hoashi | FINAL DISTRIBUTION: Claim# 7; Filed: $11,000.00; Reference: 7 | 7100-000 | | 675.80 | 60,977.66 |
| 08/08/05 | 114 | Julianne Pinter Esq. | FINAL DISTRIBUTION: Claim# 12; Filed: $30,000.00; Reference: 12 | 7100-000 | | 1,843.10 | 59,134.56 |
| 08/08/05 | 115 | Charles Schwab & Co. | FINAL DISTRIBUTION: Claim# 13; Filed: $400.00; Reference: 13 Stopped on 01/12/06 | 7100-004 | | 24.57 | 59,109.99 |
| 08/08/05 | 116 | Wells Fargo Bank | FINAL DISTRIBUTION: Claim# 14; Filed: $900.00; Reference: 14 | 7100-000 | | 55.29 | 59,054.70 |
| 08/08/05 | 117 | FRANCHISE TAX BOARD | FINAL DISTRIBUTION: Claim# 15; Filed: $245.17; Reference: 028567762MURP | 7100-000 | | 15.06 | 59,039.64 |
| 08/08/05 | 118 | Jeffrey Smith | FINAL DISTRIBUTION: Claim# 16; Filed: $252,652.00; Reference: | 7100-000 | | 15,522.13 | 43,517.51 |
| 08/08/05 | 119 | Leslie Ungermann | FINAL DISTRIBUTION: Claim# 18; Filed: $300,000.00; Reference: | 7100-000 | | 18,431.04 | 25,086.47 |
| 08/08/05 | 120 | JEFFRY G. LOCKE | COMBINED CHECK FOR TRUSTEE COMPENSATION, EXPENSES AND INTEREST | | | 25,086.47 | 0.00 |

| | | Subtotals : | $0.00 | $74,217.27 | |
|---|---|---|---|---|---|

{} Asset reference(s)

Case: 00-12226    Doc# 76-1    Filed: 03/06/06    Entered: 03/06/06 13:37:33    Page 9 of 18

# Form 2
## Cash Receipts And Disbursements Record

Page: 9

**Case Number:** 00-12226 AJ
**Case Name:** MURPHY, JOHN BRYAN
**Taxpayer ID #:** 68-6198280
**Period Ending:** 01/20/06

**Trustee:** JEFFRY G. LOCKE (007750)
**Bank Name:** JPMORGAN CHASE BANK, N.A.
**Account:** \*\*\*-\*\*\*\*\*83-66 - Checking Account
**Blanket Bond:** $5,000,000.00 (per case limit)
**Separate Bond:** N/A

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| | | | Dividend paid 100.00% on $25,000.00; Claim# ; Filed: $25,000.00 | 2100-000 | 25,000.00 | | 0.00 |
| | | | Dividend paid 100.00% on $86.47; Claim# ; Filed: $86.47 | 2200-000 | 86.47 | | 0.00 |
| 01/12/06 | 109 | Keith Nightengale | FINAL DISTRIBUTION: Claim# 1; Filed: $83,000.00; Reference: 1 Stopped: check issued on 08/08/05 | 7100-004 | | -5,099.25 | 5,099.25 |
| 01/12/06 | 115 | Charles Schwab & Co. | FINAL DISTRIBUTION: Claim# 13; Filed: $400.00; Reference: 13 Stopped: check issued on 08/08/05 | 7100-004 | | -24.57 | 5,123.82 |
| 01/12/06 | 121 | Clerk of the Court | Unclaimed dividends | 7100-000 | | 5,123.82 | 0.00 |

| | | |
|---|---|---|
| **ACCOUNT TOTALS** | 115,618.39 | 115,618.39 | $0.00 |
| Less: Bank Transfers | 115,618.39 | 0.00 | |
| **Subtotal** | 0.00 | 115,618.39 | |
| Less: Payments to Debtors | | 0.00 | |
| **NET Receipts / Disbursements** | **$0.00** | **$115,618.39** | |

{} Asset reference(s)

Printed: 01/20/2006 10:42 AM    V.8.02

Case: 00-12226   Doc# 76-1   Filed: 03/06/06   Entered: 03/06/06 13:37:33   Page 10 of 18

# Form 2
## Cash Receipts And Disbursements Record

| Case Number: | 00-12226 AJ | | Trustee: | JEFFRY G. LOCKE (007750) |
|---|---|---|---|---|
| Case Name: | MURPHY, JOHN BRYAN | | Bank Name: | BANK OF AMERICA |
| | | | Account: | ********12 - Money Market Account |
| Taxpayer ID #: | 68-6198280 | | Blanket Bond: | $5,000,000.00 (per case limit) |
| Period Ending: | 01/20/06 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Money Market Account Balance |
| 11/01/01 | | National Bank of the Redwoods | Received from NBR Acct | 9999-000 | 136,188.87 | | 136,188.87 |
| 11/30/01 | Int | B of A | Interest for 11-01 | 1270-000 | 197.15 | | 136,386.02 |
| 12/04/01 | 1000 | Franchise Tax Board | Form 541 FYE 2000 | 2820-000 | | 21,885.00 | 114,501.02 |
| 12/31/01 | Int | Bank of America | Interest earned for December at 1.5% APY | 1270-000 | 160.36 | | 114,661.38 |
| 01/31/02 | Int | Bank of America | Interest earned for January at 1.5% APY | 1270-000 | 146.17 | | 114,807.55 |
| 02/15/02 | Int | interest earned | interest earned 2/15/02 | 1270-000 | 61.35 | | 114,868.90 |
| 02/15/02 | | transfer to new acct 3758109836 | transfer funds to successor trustee - cutler | 9999-000 | | 114,868.90 | 0.00 |
| | | | ACCOUNT TOTALS | | 136,753.90 | 136,753.90 | $0.00 |
| | | | Less: Bank Transfers | | 136,188.87 | 114,868.90 | |
| | | | Subtotal | | 565.03 | 21,885.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | NET Receipts / Disbursements | | $565.03 | $21,885.00 | |

{} Asset reference(s)

Printed: 01/20/2006 10:42 AM    V.8.02

# Form 2
## Cash Receipts And Disbursements Record

**Case Number:** 00-12226 AJ  
**Case Name:** MURPHY, JOHN BRYAN  
**Taxpayer ID #:** 68-6198280  
**Period Ending:** 01/20/06  

**Trustee:** JEFFRY G. LOCKE (007750)  
**Bank Name:** BANK OF AMERICA  
**Account:** ********36 - Money Market Account  
**Blanket Bond:** $5,000,000.00 (per case limit)  
**Separate Bond:** N/A  

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Money Market Account Balance |
|---|---|---|---|---|---|---|---|
| 02/15/02 | | transfer from acct 3754814112 | transfer funds from Carey's Acct to Cutler new acct. | 9999-000 | 114,868.90 | | 114,868.90 |
| 02/28/02 | Int | interest earned | interest earned 2/28/02 | 1270-000 | 66.11 | | 114,935.01 |
| 03/29/02 | Int | BANK OF AMERICA | INTEREST EARNED | 1270-000 | 120.97 | | 115,055.98 |
| 03/29/02 | Int | BANK OF AMERICA | FIT WITHHOLDING | 1270-000 | -36.29 | | 115,019.69 |
| 04/12/02 | Int | BANK OF AMERICA | FINAL INTEREST | 1270-000 | 26.47 | | 115,046.16 |
| 04/12/02 | | DEBTOR'S BANKRUPTCY ESTATE | TRANSFER OF FUNDS TO OPEN NEW BANK ACCOUNT WITH CHASE BRANCH 312 | 9999-000 | | 115,046.16 | 0.00 |

| | | | |
|---|---|---|---|
| ACCOUNT TOTALS | | 115,046.16 | 115,046.16 | $0.00 |
| Less: Bank Transfers | | 114,868.90 | 115,046.16 | |
| Subtotal | | 177.26 | 0.00 | |
| Less: Payments to Debtors | | | 0.00 | |
| NET Receipts / Disbursements | | $177.26 | $0.00 | |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| Checking # ******* | 297,144.83 | 110,955.96 | 0.00 |
| CD # ***-****83-19 | 281.53 | 0.00 | 0.00 |
| MMA # ***-****83-65 | 2,578.12 | 387.42 | 0.00 |
| Checking # ***-****83-66 | 0.00 | 115,618.39 | 0.00 |
| MMA # *******12 | 565.03 | 21,885.00 | 0.00 |
| MMA # *******36 | 177.26 | 0.00 | 0.00 |
| | $300,746.77 | $298,846.77 | $0.00 |

{} Asset reference(s)

# Form 2
## Cash Receipts And Disbursements Record

**Case Number:** 00-12226 AJ
**Case Name:** MURPHY, JOHN BRYAN

**Taxpayer ID #:** 68-6198280
**Period Ending:** 01/20/06

**Trustee:** JEFFRY G. LOCKE (007750)
**Bank Name:** BANK OF AMERICA
**Account:** ********36 - Money Market Account
**Blanket Bond:** $5,000,000.00 (per case limit)
**Separate Bond:** N/A

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Money Market Account Balance |
|---|---|---|---|---|---|---|---|

{} Asset reference(s)

Printed: 01/20/2006 10:42 AM    V.8.02

# Distribution

## Case: 00-12226  MURPHY, JOHN BRYAN

| Case Balance: | $0.00 | Total Proposed Payment: | $0.00 | Remaining Balance: | $0.00 |

| Claim # | Claimant Name | Type | Amount Filed | Amount Allowed | Paid to Date | Claim Balance | Proposed Payment | Remaining Funds |
|---|---|---|---|---|---|---|---|---|
| LL | Less liens paid at closing | Secured | 693,945.30 | 693,945.30 | 693,945.30 | 0.00 | 0.00 | 0.00 |
| 11S | Leslie Ungermann | Secured | 155,000.00 | 160,638.58 | 160,638.58 | 0.00 | 0.00 | 0.00 |
| | Claim Memo: Ungerman entered into stipluated judgment re discharge for $300,000 with debtor. Prior trustee may have entered into settlement with creditor releasing any and all claims. Per counsel, no release of claims. | | | | | | | |
| EXEMPT | John Murphy | Secured | 51,900.00 | 51,900.00 | 51,900.00 | 0.00 | 0.00 | 0.00 |
| | Claim Memo: $50,000 homestead and $1,900 for auto exemption. | | | | | | | |
| **SUBTOTAL FOR SECURED** | | | 900,845.30 | 906,483.88 | 906,483.88 | 0.00 | 0.00 | |
| | Drew Leh | Admin Ch. 7 | 250.00 | 250.00 | 250.00 | 0.00 | 0.00 | 0.00 |
| | <2990-00 Other Chapter 7 Administrative Expenses> | | | | | | | |
| | JEFFRY G. LOCKE | Admin Ch. 7 | 86.47 | 86.47 | 86.47 | 0.00 | 0.00 | 0.00 |
| | <2200-00 Trustee Expenses> | | | | | | | |
| | JEFFRY G. LOCKE | Admin Ch. 7 | 25,000.00 | 25,000.00 | 25,000.00 | 0.00 | 0.00 | 0.00 |
| | <2100-00 Trustee Compensation> | | | | | | | |
| LC | Less commissions paid from escrow | Admin Ch. 7 | 66,000.00 | 66,000.00 | 66,000.00 | 0.00 | 0.00 | 0.00 |
| | <3510-00 Realtor for Trustee Fees (Real Estate Commissions)> | | | | | | | |
| BCC | BACHECKI CROM & CO | Admin Ch. 7 | 9,952.50 | 9,952.50 | 9,952.50 | 0.00 | 0.00 | 0.00 |
| | <3410-00 Accountant for Trustee Fees (Other Firm)> | | | | | | | |
| BCE | BACHECKI CROM & CO | Admin Ch. 7 | 116.36 | 116.36 | 116.36 | 0.00 | 0.00 | 0.00 |
| | <3420-00 Accountant for Trustee Expenses (Other Firm)> | | | | | | | |
| DPC | Darrell K. Petersen | Admin Ch. 7 | 1,956.00 | 1,956.00 | 1,956.00 | 0.00 | 0.00 | 0.00 |
| | <3410-00 Accountant for Trustee Fees (Other Firm)> | | | | | | | |
| LCC | Less closing costs paid from escrow | Admin Ch. 7 | 2,246.00 | 2,246.00 | 2,246.00 | 0.00 | 0.00 | 0.00 |
| | <2500-00 Costs Re Sale of Prop. (excl. realtor comm./exp., incl. closing costs, tte adv.)> | | | | | | | |
| MFC | Michael Fallon | Admin Ch. 7 | 18,847.00 | 18,847.00 | 18,847.00 | 0.00 | 0.00 | 0.00 |
| | <3210-00 Attorney for Trustee Fees (Other Firm)> | | | | | | | |
| | Claim Memo: Amended. | | | | | | | |
| MFE | Michael Fallon | Admin Ch. 7 | 184.98 | 184.98 | 184.98 | 0.00 | 0.00 | 0.00 |
| | <3220-00 Attorney for Trustee Expenses (Other Firm)> | | | | | | | |
| | Claim Memo: Amended. | | | | | | | |
| BOND | Aurthur Levine & Co. | Admin Ch. 7 | 93.70 | 93.70 | 93.70 | 0.00 | 0.00 | 0.00 |
| | <2300-00 Bond Payments> | | | | | | | |
| BOND | INTERNATIONAL SURITIES, INC. | Admin Ch. 7 | 357.10 | 357.10 | 357.10 | 0.00 | 0.00 | 0.00 |
| | <2300-00 Bond Payments> | | | | | | | |
| CLERK | CLERK OF THE COURT | Admin Ch. 7 | 150.00 | 150.00 | 150.00 | 0.00 | 0.00 | 0.00 |
| | <2700-00 Clerk of the Court Costs (includes adversary and other filing fees)> | | | | | | | |
| FTB7 | FRANCHISE TAX BOARD | Admin Ch. 7 | 21,885.00 | 21,885.00 | 21,885.00 | 0.00 | 0.00 | 0.00 |
| | <2820-00 Other State or Local Taxes (post-petition, incl. post-petition real est. taxes)> | | | | | | | |

# Distribution

## Case: 00-12226   MURPHY, JOHN BRYAN

| Case Balance: | $0.00 | Total Proposed Payment: | $0.00 | Remaining Balance: | $0.00 |

| Claim # | Claimant Name | Type | Amount Filed | Amount Allowed | Paid to Date | Claim Balance | Proposed Payment | Remaining Funds |
|---|---|---|---|---|---|---|---|---|
| FTB7 | Franchise Tax Board | Admin Ch. 7 | 4.00 | 4.00 | 4.00 | 0.00 | 0.00 | 0.00 |
| | <2820-00 Other State or Local Taxes (post-petition, incl. post-petition real est. taxes)> | | | | | | | |
| **SUBTOTAL FOR ADMIN CH. 7** | | | 147,129.11 | 147,129.11 | 147,129.11 | 0.00 | 0.00 | |
| 3P | Department of the Treasury, IRS | Priority | 154,000.00 | 4,815.00 | 4,815.00 | 0.00 | 0.00 | 0.00 |
| | Claim Memo: Debtor hasn't filed tax returns which could reduce amounts assessed by IRS for years 97-99. Prior trustee indicated that debtor would file returns and claim refund if estate paid claim. Trustee to object to claim. IRS amended claim to $4,815 for tax years 97-98. No other claim. | | | | | | | |
| 15P | Franchise Tax Board | Priority | 280.03 | 280.03 | 280.03 | 0.00 | 0.00 | 0.00 |
| | Claim Memo: FTB amended claim upon trustee filing amended returns for pre petition period. Filed 2-25-05. amended per claim 17. | | | | | | | |
| **SUBTOTAL FOR PRIORITY** | | | 154,280.03 | 5,095.03 | 5,095.03 | 0.00 | 0.00 | |
| 1 | Keith Nightengale | Unsecured | 83,000.00 | 83,000.00 | 0.00 | 83,000.00 | 0.00 | 0.00 |
| | Claim Memo: Priority claim checked without specifying priority. Pay as general unsecured since claim indicates "Fraudulently stole $83,000" | | | | | | | |
| 3 | Department of the Treasury, IRS | Unsecured | 1,000.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| | Claim Memo: Debtor hasn't filed tax returns which could reduce amounts assessed by IRS for TYE95. Claim amended to priority only no unsecured. | | | | | | | |
| 4 | Tracy Clore | Unsecured | 43,000.00 | 43,000.00 | 2,641.78 | 40,358.22 | 0.00 | 0.00 |
| 5 | Eric Sedlar | Unsecured | 107,000.00 | 107,000.00 | 6,573.73 | 100,426.27 | 0.00 | 0.00 |
| 6 | Sam Michaels | Unsecured | 54,500.00 | 54,500.00 | 3,348.30 | 51,151.70 | 0.00 | 0.00 |
| | Claim Memo: New address per Accurint. | | | | | | | |
| 7 | Yumi Hoashi | Unsecured | 11,000.00 | 11,000.00 | 675.80 | 10,324.20 | 0.00 | 0.00 |
| | Claim Memo: New address records search. | | | | | | | |
| 12 | Julianne Pinter Esq, | Unsecured | 30,000.00 | 30,000.00 | 1,843.10 | 28,156.90 | 0.00 | 0.00 |
| | Claim Memo: Original claim missing or lost, The clerk's office is attempting to retrieve the original as of 1-16-01. Fallon to locate Pinter and request claim. 11-4-02, new address per accurent. | | | | | | | |
| 13 | Charles Schwab & Co. | Unsecured | 400.00 | 400.00 | 0.00 | 400.00 | 0.00 | 0.00 |
| | Claim Memo: Protective claim filed by counsel for debtor. Served on UST and Fallon but not claimant and requests debtor's counsel's address to be used for claim. | | | | | | | |
| 14 | Wells Fargo Bank | Unsecured | 900.00 | 900.00 | 55.29 | 844.71 | 0.00 | 0.00 |
| | Claim Memo: Protective claim filed by counsel for debtor. Served on UST and Fallon but not claimant and requests debtor's counsel's address to be used for claim. | | | | | | | |
| 15 | FRANCHISE TAX BOARD | Unsecured | 245.17 | 245.17 | 15.06 | 230.11 | 0.00 | 0.00 |
| | Claim Memo: Per amendment filed 2-25-05 as claim #17 | | | | | | | |
| 16 | Jeffrey Smith | Unsecured | 252,652.00 | 252,652.00 | 15,522.13 | 237,129.87 | 0.00 | 0.00 |
| | Claim Memo: Claimant reserved right to amend to increase the claim amount. Avoided lien by estate, filed within 30 days of entry of judgment. Timely filed per Rule 3002(c)(3). | | | | | | | |
| 18 | Leslie Ungermann | Unsecured | 300,000.00 | 300,000.00 | 18,431.04 | 281,568.96 | 0.00 | 0.00 |
| | Claim Memo: | | | | | | | |
| UNCLAIME | Clerk of the Court | Unsecured | 5,123.82 | 5,123.82 | 5,123.82 | 0.00 | 0.00 | 0.00 |

# Distribution

### Case: 00-12226   MURPHY, JOHN BRYAN

| Case Balance: | $0.00 | Total Proposed Payment: | $0.00 | Remaining Balance: | $0.00 |

| Claim # | Claimant Name | Type | Amount Filed | Amount Allowed | Paid to Date | Claim Balance | Proposed Payment | Remaining Funds |
|---|---|---|---|---|---|---|---|---|
| 17 | Franchise Tax Board | Unsecured | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Claim Memo: Amends Claim #15 Filed on 2/25/05 see claim #15. | | | | | | | |
| **SUBTOTAL FOR UNSECURED** | | | 888,820.99 | 887,820.99 | 54,230.05 | 833,590.94 | 0.00 | |
| 2 | Mill Valley Financial | Secured | 246,083.02 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Claim Memo: Paid from escrow, do not pay | | | | | | | |
| 8 | Leslie Ungermann | Secured | 335,783.69 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Claim Memo: May be amended by claim # 9, replaced with claim #18, pay 18 only. | | | | | | | |
| 9 | Lelsie Ungermann | Secured | 690,000.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Claim Memo: May be amended by Claim # 11, replaced with claim #18, pay 18 only. | | | | | | | |
| 10 | Leslie Ungermann | Secured | 147,915.76 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Claim Memo: See #11. do not pay. replaced with claim #18, pay 18 only. | | | | | | | |
| **SUBTOTAL FOR SECURED** | | | 1,419,782.47 | 0.00 | 0.00 | 0.00 | 0.00 | |
|  | Total for Case 00-12226 : | | $3,510,857.90 | $1,946,529.01 | $1,112,938.07 | $833,590.94 | $0.00 | |

### CASE SUMMARY

| | Amount Filed | Amount Allowed | Paid to Date | Proposed Payment | % paid |
|---|---|---|---|---|---|
| Total Administrative Claims : | $147,129.11 | $147,129.11 | $147,129.11 | $0.00 | 100.000000% |
| Total Priority Claims : | $154,280.03 | $5,095.03 | $5,095.03 | $0.00 | 100.000000% |
| Total Secured Claims : | $2,320,627.77 | $906,483.88 | $906,483.88 | $0.00 | 100.000000% |
| Total Unsecured Claims : | $888,820.99 | $887,820.99 | $54,230.05 | $0.00 | 6.108219% |

PART A      FORM 4 - Distribution Report for Closed Asset Cases

Case No. : 00-12226 AJ  
Case Name : MURPHY, JOHN BRYAN  
Date Filed/Converted to Ch. 7 : 09/19/00  
Date Submitted: 01/24/06  
Trustee Name : JEFFRY G. LOCKE

| | $ AMOUNT RECEIVED | % OF RECEIPTS |
|---|---:|---:|
| **GROSS RECEIPTS** | $1,112,938.07 | 100.00% |
| Less: Funds Paid to Debtor: | | |
|     Exemptions | 51,900.00 | 4.66% |
|     Excess Funds | 0.00 | 0.00% |
|     Funds Paid to 3rd Parties | 0.00 | 0.00% |
| **NET RECEIPTS (basis for computing maximum trustee fee)** | **$1,061,038.07** | **95.34%** |

| | $ CLAIMS | $ AMOUNT PAID | % OF RECEIPTS |
|---|---:|---:|---:|
| **SECURED CLAIMS:** | | | |
| Real Estate | $854,583.88 | $854,583.88 | 76.79% |
| Personal Property & Intangibles | 0.00 | 0.00 | 0.00% |
| Internal Revenue Service Tax Liens | 0.00 | 0.00 | 0.00% |
| Other Governmental Tax Liens | 0.00 | 0.00 | 0.00% |
| **TOTAL SECURED CLAIMS** | $854,583.88 | $854,583.88 | 76.79% |
| **PRIORITY CLAIMS:** | | | |
| CHAPTER 7 ADMINISTRATIVE FEES 507(a)(1)(C) and (2), and CHARGES under Title 28, Chapter 123: | | | |
| Trustee Fees | $25,000.00 | $25,000.00 | 2.25% |
| Trustee Expenses | 86.47 | 86.47 | 0.01% |
| Legal Fees & Expenses: | | | |
|   Trustee's Firm Legal Fees | 0.00 | 0.00 | 0.00% |
|   Trustee's Firm Legal Expenses | 0.00 | 0.00 | 0.00% |
|   Other Firm's Legal Fees | 18,847.00 | 18,847.00 | 1.69% |
|   Other Firm's Legal Expenses | 184.98 | 184.98 | 0.02% |
| Accounting Fees & Expenses: | | | |
|   Trustee's Firm Accounting Fees | 0.00 | 0.00 | 0.00% |
|   Trustee's Firm Accounting Expenses | 0.00 | 0.00 | 0.00% |
|   Other Firm's Accounting Fees | 11,908.50 | 11,908.50 | 1.07% |
|   Other Firm's Accounting Expenses | 116.36 | 116.36 | 0.01% |
| Real Estate Commissions | 66,000.00 | 66,000.00 | 5.93% |
| Auctioneer/Liquidator Fees | 0.00 | 0.00 | 0.00% |
| Auctioneer/Liquidator Expenses | 0.00 | 0.00 | 0.00% |
| Other Professional Fees/Expenses | 0.00 | 0.00 | 0.00% |
| Expenses of Operating Business in Chapter 7 | 0.00 | 0.00 | 0.00% |
| Other Expenses | 2,946.80 | 2,946.80 | 0.26% |
| Income Tax - Internal Revenue Service | 0.00 | 0.00 | 0.00% |
| Other State or Local Income or Business Taxes | 21,889.00 | 21,889.00 | 1.97% |
| U.S. Trustee Fees | 0.00 | 0.00 | 0.00% |
| Court Costs | 150.00 | 150.00 | 0.01% |
| **TOTAL CHAPTER 7 ADMINISTRATIVE FEES & CHARGES** | $147,129.11 | $147,129.11 | 13.22% |
| **TOTAL PRIOR CHAPTER ADMINISTRATIVE FEES 507(a)(1)(C) and (2)** (From attached Part B) | $0.00 | $0.00 | 0.00% |
| WAGES 507(a)(3) | 0.00 | 0.00 | 0.00% |
| CONTRIBUTIONS: EMPLOYEE BENEFIT PLANS 507(a)(4) | 0.00 | 0.00 | 0.00% |
| ALIMONY & CHILD SUPPORT 507(a)(7) | 0.00 | 0.00 | 0.00% |
| CLAIMS ON GOVERNMENTAL UNITS 507(a)(8) | 5,095.03 | 5,095.03 | 0.46% |
| OTHER 507(a)(2), (5), (6) & (9) | 0.00 | 0.00 | 0.00% |
| **TOTAL PRIORITY CLAIMS: WAGES 507(a)(3) through OTHER 507(a)(2),(5),(6) & (9)** | $5,095.03 | $5,095.03 | 0.46% |
| **GENERAL UNSECURED CLAIMS** | $887,820.99 | $54,230.05 | 4.87% |
| **TOTAL DISBURSEMENTS** | **$1,894,629.01** | **$1,061,038.07** | **95.34%** |

PART B      FORM 4 - Distribution Report for Closed Asset Cases

Case No. : 00-12226 AJ  
Case Name : MURPHY, JOHN BRYAN  
Date Filed/Converted to Ch. 7: 09/19/00  
Date Submitted: 01/24/06  
Trustee Name : JEFFRY G. LOCKE

| | $ CLAIMS | $ AMOUNT PAID | % OF RECEIPTS |
|---|---:|---:|---:|
| **PRIOR CHAPTER ADMINISTRATIVE FEES 507(a)(1):** | | | |
| Trustee Fees | 0.00 | 0.00 | 0.00% |
| Trustee Expenses | 0.00 | 0.00 | 0.00% |
| Legal Fees & Expenses: | | | |
|   Trustee's Firm Legal Fees | 0.00 | 0.00 | 0.00% |
|   Trustee's Firm Legal Expenses | 0.00 | 0.00 | 0.00% |
|   Other Firm's Legal Fees | 0.00 | 0.00 | 0.00% |
|   Other Firm's Legal Expenses | 0.00 | 0.00 | 0.00% |
| Accounting Fees & Expenses: | | | |
|   Trustee's Firm Accounting Fees | 0.00 | 0.00 | 0.00% |
|   Trustee's Firm Accounting Expenses | 0.00 | 0.00 | 0.00% |
|   Other Firm's Accounting Fees | 0.00 | 0.00 | 0.00% |
|   Other Firm's Accounting Expenses | 0.00 | 0.00 | 0.00% |
| Real Estate Commissions | 0.00 | 0.00 | 0.00% |
| Auctioneer/Liquidator Fees | 0.00 | 0.00 | 0.00% |
| Auctioneer/Liquidator Expenses | 0.00 | 0.00 | 0.00% |
| Other Professional Fees/Expenses | 0.00 | 0.00 | 0.00% |
| Income Tax - Internal Revenue Service | 0.00 | 0.00 | 0.00% |
| Other State or Local Taxes | 0.00 | 0.00 | 0.00% |
| Operating Expenses | 0.00 | 0.00 | 0.00% |
| Other Expenses | 0.00 | 0.00 | 0.00% |
| **TOTAL PRIOR CHAPTER ADMINISTRATIVE FEES** | $0.00 | $0.00 | 0.00% |